ACCEPTED
03-14-00701-CR
8225979
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 2:57:01 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00701-CR

| | | | | |
|---|---|---|---|---|
| **BARRY PIZZO** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS | |
| | § | | | |
| **VS.** | § | **THIRD COURT** | 12/14/2015 2:57:01 PM | |
| | § | | JEFFREY D. KYLE<br>Clerk | |
| **STATE OF TEXAS** | § | **OF APPEALS** | | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes BARRY PIZZO, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207TH Judicial District Court of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. BARRY PIZZO, and numbered CR-2013-146.

3. Appellant was convicted of two counts of TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, felony offenses.

4. Appellant was sentenced to imprisonment for LIFE in the Texas Department of Criminal Justice on counts one and two.

5. Notice of appeal was given on November 5, 2014.

6. The clerk's record was filed on February 5, 2015; the

reporter's record was filed on March 11, 2015.

7.    Appellant's brief is due on December 14, 2015.

8.    Appellant requests an extension of time to 30 days to January 14, 2015.

9.    ***Current counsel*** has received three prior extensions to file the brief in this cause.

10.    Defendant is presently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant has gone through extensive measures to have the record in the instant cause complete for appellate consideration. The record is voluminous.

Counsel for Appellant was ill for several weeks in November and is behind on several deadlines. Counsel requests additional time to complete the record in the instant appeal.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Pastrano Law Firm, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
713.222.1100-telephone
832.218.7114-facsimile


By:_____
    E. CHEVO PASTRANO
    State Bar No. 24037240
    chevo@pastranolaw.com

    GINNA G. PASTRANO
    State Bar No. 24036611
    ginna@pastranolaw.com

    ATTORNEYS FOR APPELLANT

**CERTIFICATE OF SERVICE**

This is to certify that on December 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email.

_____
E. Chevo Pastrano

**CERTIFICATE OF CONFERENCE**

This is to certify that on or before December 14, 2015, this office conferred with Mr. Josh Presley of the Comal County District Attorney's Office and the State has no objection to the motion for extension of time to file Appellant's brief.

_____
E. Chevo Pastrano

**STATE OF TEXAS**        §
                                  §

**COUNTY OF HARRIS**       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared E. Chevo Pastrano, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



E. Chevo Pastrano
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 14, 2015, to certify which witness my hand and seal of office.

AZUCENA RUIZ
MY COMMISSION EXPIRES
February 26, 2018

Notary Public, State of Texas